UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1193(DSD/JMM)

Audrey Marie Nordgren,

Plaintiff,

v. **ORDER OF REFERENCE**

C. Scott Massie, et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on any motion to dismiss which may be filed in this matter. Any such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: June 7, 2000

David S. Doty, Judge
United States District Court

FILED 6-7-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______